MYHRE & STORM
Attorneys at Law, A Law Corporation

JAMES V. MYHRE               #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON              #10518-0
bwilson@mtmhawaii.law.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
Telephone No. 524-2466
Facsimile No. 524-2556

*Attorneys for Plaintiffs*


KENNETH M. SORENSON
Acting U.S. Attorney
District of Hawaii
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Torts Branch, Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

(caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DTRIC INSURANCE COMPANY, LTD., as subrogee of TD FOOD GROUP, INC.; and TD FOOD GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10, <br><br> Defendants. | Case No. CV 23-00495 JMS-RT <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and Local Rule 41.1, the parties hereby stipulate to the dismissal of this action with prejudice, the parties to bear their own attorneys' fees and costs. Defendant United States of America withdraws its Motion to Dismiss [Dkt. Nos. 24 and 24-1]. No claims or parties remain. All parties who have appeared have signed the stipulation of dismissal.

2

                                            Respectfully submitted,

Dated: April 8, 2025                 */s/ Eric Rey*
Washington, D.C.                  Eric Rey
                                       Attorney for the United States


Dated: April 8, 2025                 */s/ Brent Wilson* (*with permission*)
Honolulu, Hawaii                  JAMES V. MYHRE
                                       BRENT K. WILSON
                                       Attorneys for Plaintiffs


APPROVED AS TO FORM :



                                       /s/ J. Michael Seabright
                                       J. Michael Seabright
                                       United States District Judge


_____

*DTRIC INSURANCE COMPANY, LTD. et al. v. THE UNITED STATES OF AMERICA*; Civil No. 1:23-cv-00495; STIPULATION OF DISMISSAL WITH PREJUDICE